UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

MELISSA WHEELER,

        Plaintiff,

   v.

CSK AUTO, INC., and DOES 1 through 100, inclusive,

        Defendants.

NO. CIV. S 03-2090 MCE GGH

<u>ORDER</u>

----oo0oo----

    The Court, having considered Plaintiff's request for continuance of the hearing on Defendant's Motion for Summary Judgment in this case, currently set for June 6, 2005, as well as Defendant's response to that request, finds good cause for such continuance. Consequently, the hearing on Defendant's motion is reset to June 20, 2005 at 9:00 a.m. Submission of opposition to the motion, and the reply thereto, shall be calculated in

1

accordance with the new hearing date pursuant to Local Rule 78-230(c) and (d).

    IT IS SO ORDERED.

DATED: May 20, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE