UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

MELISSA WHEELER,

        Plaintiff,

   v.

CSK AUTO, INC., and DOES 1 through 100, inclusive,

        Defendants.

NO. CIV. S 03-2090 MCE GGH

ORDER

----oo0oo----

On June 15, 2005, Larry Schapiro, counsel for Plaintiff in this matter, submitted his declaration to the Court in support of an ex parte request to continue the hearing on Defendant's Motion for Summary Judgment, presently set for June 20, 2005. According to Mr. Schapiro, the press of other business prevented him from submitting a timely opposition to that Motion, and he consequently requests additional time in order to respond.

1

1      Pursuant to Local Rule 78-230(d), any opposition to
2 Defendant's Motion was due not less than fourteen (14) days
3 preceding the June 20, 2005 hearing date.  Consequently,
4 Plaintiff's counsel had until June 6, 2005 to file his
5 opposition.  Not only was no such opposition filed, but counsel
6 did not even make the instant request for additional time until
7 nine days after opposition was due, and at a point just five days
8 before the scheduled hearing date on Defendant's Motion.
9      Plaintiff's counsel has failed to demonstrate any good cause
10 for permitting an additional continuance.  By Order dated May 20,
11 2005, this Court already permitted one continuance of the same
12 Motion for Summary Judgment in order to accommodate Mr.
13 Schapiro's schedule.  Additionally, and at a very minimum,
14 counsel has failed at this juncture to show why he could not have
15 requested a continuance in advance of the date his opposition was
16 due, rather than filing nothing at all until less than a week
17 before the instant motion was set to be heard.
18      Plaintiff's Ex Parte Application for continuance of
19 Defendant's Motion for Summary Judgment is accordingly DENIED.
20      IT IS SO ORDERED.

DATED: June 17, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2