UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MELISSA WHEELER,                         No. CIV. S-03-2090 MCE GGH

      Plaintiff,

  v.                                     <u>ORDER TO SHOW CAUSE</u>

CSK AUTO INC.,

      Defendant.

----oo0oo----

Pursuant to the court's September 28, 2005 Order, Larry P. Schapiro, plaintiff's counsel, was directed to pay sanctions in the amount of $250.00 to defense counsel, Mark Van Brussel, on or before October 13, 2005. Plaintiff's counsel, has, to date, failed to comply with that Order and is hereby ordered to show cause why further sanctions and or an order for contempt should not issue under Local Rule 11-110. A hearing on the Order to Show Cause is hereby set for November 14, 2005 at 9:00 a.m. in Courtroom No. 3.

1

If Plaintiff's counsel submits documentation that he has in fact complied with the terms of the September 28, 2005 Order not later than five (5) days following issuance of this Order, the instant Order to Show Cause will be vacated.

IT IS SO ORDERED.

DATED: October 27, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE