UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MELISSA WHEELER,

        Plaintiff,

   v.

CSK AUTO, INC., and DOES 1 through 100, inclusive,

        Defendants.

NO. 2:03-cv-2090-MCE-GGH

<u>ORDER SEALING DOCUMENTS FILE UNDER SEAL</u>

----oo0oo----

    On October 30, 2005, Plaintiff's counsel in this matter, Larry Schapiro, filed a request, pursuant to Local Rule 39-141, that he be permitted to present his declaration to the Court, under seal.  Plaintiff's counsel properly submitted the declaration to be sealed in paper format to this Court for review.

    Additionally, on November 23, 2005, Mr. Schapiro filed an additional request that the Second Declaration of Larry Schapiro also be filed under seal.  Finally, on December 5, 2005, Schapiro filed yet another declaration, again with a sealing request.

1

Both of those latter declarations, like their predecessor, were properly submitted in paper format for this Court to review.

Good cause appearing therefor, the following documents shall be sealed:

> 1) Declaration of Larry Schapiro in Opposition to Order to Show Cause, and in Support of Plaintiff's Request to Withdraw Sanctions and Motion Under FRCP 60(b) for Relief from Entry of Judgment, dated October 30, 2005;
>
> 2) Second Declaration of Larry Schapiro in Support of Plaintiff's Motion Under FRCP 60(b) for Relief from Entry of Judgment, dated November 23, 2005;
>
> 3) Declaration of Larry Schapiro Filed Under Seal in Support of Plaintiff's Motion Under FRCP 60(b) for Relief from Entry of Judgment, dated December 5, 2005.

The Clerk's Office shall scan the sealed declarations but maintain the electronic documents on a part of the server that limits access only to authorized individuals.

IT IS SO ORDERED.

DATED: March 27, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE